LAW LIBRARY

NO. 29003

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CURTIS K. PANG, SR., Petitioner/Defendant-Appellant.

FILED 2010 AUG 30 AM 8:24

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0415)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1]; and
Acoba, J., dissenting, with whom Duffy, J., joins)

Petitioner/Defendant-Appellant Curtis K. Pang, Sr.'s

application for writ of certiorari filed on July 15, 2010, is

hereby rejected.

DATED: Honolulu, Hawai'i, August 30, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

John Tonaki, Public
Defender, and Taryn R.
Tomasa, Deputy Public
Defender, on the
application for
petitioner/defendant-
appellant.

---

[1] Considered by: Nakayama, Acting C.J., Recktenwald, J., and Circuit Judge Del Rosario in place of Moon, C.J., recused.